AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of NY

Parkwood Developments Ltd.
*Plaintiff*

Abraham Sofer, Hershkowitz, Bedding NY Inc, Mortgage Electronic Registration System, as nominee of First Central Savings Bank, Eli Kaufman, The City of NY, NYC Environmental Control Board, NYC Criminal Violations *Defendant*

Civil: CV 13 1062

VITALIANO, J.

AZRACK, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
All Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Solomon Rosengarten
1704 Ave. M
Brooklyn, NY 11230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: FEB 28 2013

*Signature of Clerk or Deputy Clerk*