**SOLOMON ROSENGARTEN**
Attorney-at-Law
**1704 Avenue M**
**Brooklyn, New York 11230**
**(718) 627-4460**
FAX (718) 627-4456

Admitted to Practice:
New York
New Jersey

October 31, 2013

Hon. Joan M. Azrack
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY   11201

    Re: Parkwood Developments Ltd. v. Sofer, et al.
       Civil Action No. 13-CV-1062 (ENV)(JMA)

Dear Judge Azrack:

I am the attorney for the plaintiff in the above-entitled matter.   This is a foreclosure action.  I previously informed the Court that the plaintiff had assigned the Note and Mortgage.  I had contemplated making a motion to substitute the assignee as the plaintiff in this action.

I have reviewed F.R.Civ.P. 25(c), which permits an action to be continued by the original party when an interest is transferred.  I have decided to proceed without substituting the assignee, in accordance with F.R.Civ.P. 25(c).

I intend to move for summary judgment against the answering defendant and a default judgment against the defaulting defendant.

I will be applying for a certificate of default pursuant to Local Civil Rule 55.1 and will be writing to Judge Vitaliano to seek a pre-motion conference in accordance with the Judge's rules.

Respectfully yours,

Solomon Rosengarten

VIA ECF