UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PARKWOOD DEVELOPMENTS LTD.,

                       Plaintiff

      -against-

ABRAHAM SOFER, HERSHKOWITZ BEDDING
NY, INC, MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, AS NOMINEE OF FIRST CENTRAL SAVINGS
BANK, ELI KAUFMAN, THE CITY OF NEW YORK,
NEW YORK CITY ENVIRONMENTAL CONTROL AND
NEW YORK CITY PARKING VIOLATIONS BUREAU,

                    Defendants.
------------------------------------------------------------------x

Civil Action No. CV 13-1062
(Vitaliano, J.)
(Azrack, M.J.)

**REQUEST FOR
CERTIFICATE OF DEFAULT**

TO:    DOUGLAS C. PALMER
        CLERK, UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

        Please enter the default of defendant, THE CITY OF NEW YORK, pursuant to

Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this

action as fully appears from the court file herein and from the attached affirmation of Solomon

Rosengarten.

Dated:  Brooklyn, New York
        November 8, 2013

                                  _____
                                  SOLOMON ROSENGARTEN (SR-8050)
                                  Attorney for Plaintiff
                                  1704 Avenue M
                                  Brooklyn, NY 11230
                                  (718) 627-4460
                                  vokma@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PARKWOOD DEVELOPMENTS LTD.

                        Plaintiff

        -against-

ABRAHAM SOFER, HERSHKOWITZ BEDDING
NY, INC, MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, AS NOMINEE OF FIRST CENTRAL SAVINGS
BANK, ELI KAUFMAN, THE CITY OF NEW YORK,
NEW YORK CITY ENVIRONMENTAL CONTROL AND
NEW YORK CITY PARKING VIOLATIONS BUREAU,

                        Defendants.
-------------------------------------------------------------------x

Civil Action No. CV 13-1062
(Vitaliano, J.)
(Azrack, M.J.)


**AFFIRMATION IN SUPPORT
OF REQUEST FOR
CERTIFICATE OF DEFAULT**

Solomon Rosengarten hereby declares as follows:

1. I am the attorney for the plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C. §1332(9).

3. The time for defendant, THE CITY OF NEW YORK, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant, THE CITY OF NEW YORK, has not answered or otherwise moved with respect to the complaint, and the time for defendant, THE CITY OF NEW YORK, to answer or otherwise move has not been extended.

5. The defendant THE CITY OF NEW YORK was served with the summons and complaint on May 10, 2013, as evidenced by the affirmation of service annexed hereto.

6. The defendant THE CITY OF NEW YORK is not an infant or incompetent.  Defendant THE CITY OF NEW YORK is not presently in the military service of the United States as appears from facts in this litigation.

7. Defendant THE CITY OF NEW YORK is named as a defendant because it may have an interest in the property sought to be foreclosed or have a lien or encumbrance thereon.

WHEREFORE, plaintiff PARKWOOD DEVELOPMENTS LTD. requests that the default of defendant THE CITY OF NEW YORK be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated:   Brooklyn, New York
         November 8, 2013

SOLOMON ROSENGARTEN (SR-8050)
Attorney for Plaintiff
1704 Avenue M
Brooklyn, NY 11230
(718) 627-4460
vokma@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

PARKWOOD DEVELOPMENTS LTD.

                    Plaintiff

          -against-

ABRAHAM SOFER, HERSHKOWITZ BEDDING
NY, INC, MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, AS NOMINEE OF FIRST CENTRAL SAVINGS
BANK, ELI KAUFMAN, THE CITY OF NEW YORK,
NEW YORK CITY ENVIRONMENTAL CONTROL AND
NEW YORK CITY PARKING VIOLATIONS BUREAU,

                    Defendants.
-------------------------------------------------------------------x

Civil Action No. CV 13-1062
(Vitaliano, J.)
(Azrack, M.J.)

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK          )
                                       SS.:
COUNTY OF KINGS          )

          SOLOMON ROSENGARTEN, an attorney admitted to practice in the

courts of the State of New York, affirms the following under penalty of perjury::

          1.  I am not a party to this action and am over 18 years of age.

          2.  On May 10, 2010, I served the summons and complaint herein upon

THE CITY OF NEW YORK by personally delivering the same to:
                    Office of the New York City Corporation Counsel
                    100 Church Street
                    New York, NY 10007

Dated: Brooklyn, New York
          November 8, 2013

                                                            _____
                                                            SOLOMON ROSENGARTEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

PARKWOOD DEVELOPMENTS LTD.

Civil Action No. CV 13-1062
(Vitaliano, J.)
(Azrack, M.J.)

Plaintiff

**CERTIFICATE OF DEFAULT**

-against-

ABRAHAM SOFER, HERSHKOWITZ BEDDING
NY, INC, MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, AS NOMINEE OF FIRST CENTRAL SAVINGS
BANK, ELI KAUFMAN, THE CITY OF NEW YORK,
NEW YORK CITY ENVIRONMENTAL CONTROL AND
NEW YORK CITY PARKING VIOLATIONS BUREAU,

Defendants.
---------------------------------------------------------------------x

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern

District of New York, do hereby certify that the defendant THE CITY OF NEW YORK has not

filed an answer or otherwise moved with respect to the complaint herein. The default of

defendant THE CITY OF NEW YORK is hereby noted pursuant to  Rule 55(a) of the Federal

Rules of Civil Procedure.

Dated:   Brooklyn, New York
         November 8, 2013

DOUGLAS C. PALMER, Clerk of Court

By:   _____

      Deputy Clerk