*Tratner and Molloy LLP*
*Attorneys at Law*
*551 Fifth Avenue*
*New York, New York 10076*

*(212) 867-1100*
*Fax No. (212) 972-1787*

December 17, 2013

**VIA FACSIMILE**

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

Re: <u>Parkwood Developments Ltd. v. Abraham Sofer et al./CV 13-1062</u>

Dear Justice Azrack:

    Our office represents Defendant, Eli Kaufman in the above captioned matter. On December 10, 2013, we received notice of an Order directing Defendant, Eli kaufman to respond to Plaintiff's request for a pre-motion conference and for our office to set forth a response in documentary evidence form as to why Kaufman's mortgage is not subordinate to Plaintiffs.

    On November 27, 2013, Louis Tratner, Esq., the partner in our firm and the attorney handling this case and in touch with our client was involved in a serious accident. He was in a coma from such time and unfortunately he passed away on Sunday December 15, 2013.

    As a result, we respectfully request forty five (45) days from the date hereof to review the file, and try and get up to speed and respond to Plaintiff's request for a pre-motion conference.

Thank you for your courtesies in this matter.

Very truly yours,

By:_____
Raphael S. Berlin

cc: Solomon Rosengarten, Esq.-(718-627-4456)